UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                        S1 22 cr 648-01 (JGK)

RENE VICTORIA RODRIGUEZ,              **ORDER**
               Defendant.
-------------------------------------------------------------X

      The Court, in announcing the restitution as part of the sentence, inadvertently neglected to

sign the restitution order submitted by the Government, on the record at sentencing.  The Court

has already announced the restitution, and will sign the submitted restitution order.  The Court

will file the schedule of victims under seal.

**SO ORDERED.**

                            **JOHN G. KOELTL**
                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      February 22, 2024