UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

UNITED STATES OF AMERICA

       - against -                    22-cr-648 (JGK)

RENE VICTORIA RODRIGUEZ,          ORDER

              Defendant.
───────────────────────────────

JOHN G. KOELTL, District Judge:

    The Government should respond to the defendant's motion for a reduction in sentence (ECF No. 117) by **October 3, 2024**. The defendant may reply by **October 17, 2024**.

SO ORDERED.

Dated:    New York, New York
          September 19, 2024

                                            _____
                                            John G. Koeltl
                                        United States District Judge