**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA,**

      - against -                        **22-cr-648-1 (JGK)**

**RENE VICTORIA RODRIGUEZ,**           **MEMORANDUM OPINION AND ORDER**

         **Defendant.**

---

**JOHN G. KOELTL, District Judge:**

The defendant, Rene Victoria Rodriguez, moves for a reduction in his sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the retroactive application of that part of Amendment 821 to the Sentencing Guidelines that added section 4C1.1 to the Guidelines. That provision provided for a two-level downward adjustment to the offense level for defendants who have zero criminal history points and otherwise meet the criteria in that Guideline.

In this case, the Court applied Guideline section 4C1.1 at sentencing and adjusted the offense level downward by two levels. See Sent. Tr. at 4-5, ECF No. 106. The Court therefore determined that the Guidelines Sentencing Range was 51-63 months and varied downwardly to a principal sentence of 38 months' imprisonment. No further adjustment is warranted by the adoption of Amendment 821. Therefore, the defendant's application for a reduction in his sentence based on the retroactive application

1

of Amendment 821 is **denied.** The Clerk is respectfully directed to close ECF No. 117.

**SO ORDERED.**

**Dated:** **New York, New York**
**October 23, 2024**

                                            _____
                                            John G. Koeltl
                                      **United States District Judge**