UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

RENE VICTORIA RODRIGUEZ,

              Defendant.

22-cr-648 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court has received a motion for compassionate release, dated January 28, 2025, from the pro se defendant. The document has been filed under seal because it contains medical information.

The Government should respond by **February 18, 2025**. The defendant may reply by **March 4, 2025**.

The Clerk is respectfully directed to mail a copy of this Order to the pro se defendant at:

    Rene Victoria Rodriguez
    LSCI Allenwood
    PO Box 1000
    White Deer PA 17887

SO ORDERED.

Dated:    New York, New York
            February 4, 2025

                                              John G. Koeltl
                                      United States District Judge