UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

RENE VICTORIA RODRIGUEZ,

            Defendant.

22-cr-648-1 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The Clerk is respectfully directed to mail a copy of the Court's March 31, 2025 Memorandum Opinion and Order (ECF No. 145) to the pro se defendant at the address below and to note mailing on the docket.

    Rene Victoria Rodriguez
    BOP Reg No. 89662509
    LSCI Allenwood
    PO Box 1000
    White Deer, PA 17887

**SO ORDERED.**

**Dated:**    New York, New York
            April 1, 2025

                                                    John G. Koeltl
                                       United States District Judge